**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. |
| | ) |
| **WARREN G. LENTS, JR.,** | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.2, Plaintiff hereby discloses the following Affiliates:     None

Dated: July 7, 2008

                                            Respectfully submitted,
                                            **MORAN INDUSTRIES, INC.,**

                                            By: /s/ Fredric A. Cohen
                                            Attorney for Plaintiff

Fredric A. Cohen (ARDC # 6198606)
**CHENG COHEN LLC**
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607
P:  (312) 243-1717
F:  (312) 277-3961
fredric.cohen@chengcohen.com